IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   8:23-CR- 257 (MAD) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **JOSEPH THOMPSON,** | ) Violations:   21 U.S.C. § 841(a)(1) |
| | ) [Distribution and Possession |
| **Defendant.** | ) with Intent to Distribute a |
| | ) Controlled Substance] |
| | ) |
| | ) 18 U.S.C. § 924(c)(1)(A) |
| | ) [Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime] |
| | ) |
| | ) 2 Counts |
| | ) |
| | ) County of Offense:   St. Lawrence |

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jun 28 - 2023
John M. Domurad, Clerk

## THE GRAND JURY CHARGES:

**COUNT 1**
**[Possession with the Intent to Distribute a Controlled Substance]**

On or about June 7, 2023, in St. Lawrence County in the Northern District of New York, the defendant, **JOSEPH THOMPSON**, knowingly and intentionally distributed, and possessed with intent to distribute, one or more controlled substances in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved less than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(D).

**COUNT 2**
**[Possession of Firearms in Furtherance of a Drug Trafficking Crime]**

On or about June 7, 2023, in St. Lawrence County in the Northern District of New York, the defendant, **JOSEPH THOMPSON**, in furtherance of a drug trafficking crime for which he

may be prosecuted in a court in the United States, that is, distribution of one or more controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed the following firearms: one SIG Sauer P229 9 mm pistol bearing serial number AHU08932; one SIG Sauer P229 9 mm pistol bearing serial number AHU08939; one Glock model 35 .40 caliber pistol bearing serial number LLS779; one Glock model 35 .40 caliber pistol bearing serial number LLS775; one Glock model 23 .40 caliber pistol bearing serial number GSU466; one Glock model 23 .40 caliber pistol bearing serial number GHX790; and one Glock model 22 .40 caliber pistol bearing serial number GSP830, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Dated:   June 28, 2023

A TRUE BILL,   *NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:  _____
Nicolas Commandeur
Assistant United States Attorney
Bar Roll No. 518984